# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 13, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Charter Construction Management Company, Inc. v. Cannon Lighting, LLC
       Civil Action No. 3:07-cv-00125-WKW

The above-styled case has been  reassigned to Judge Myron H. Thompson.

Please note that the case number is now  **_3:07-cv-00125-MHT_**.
This new case number should be used on all future correspondence and pleadings in this action.