IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARTER CONSTRUCTION MANAGEMENT COMPANY, INC., )<br>)<br>Plaintiff,         )<br>)<br>v.                    )<br>)<br>CANNON LIGHTING, LLC, )<br>d/b/a CANNON LIGHTING, INC. )<br>)<br>Defendant.    ) | CASE NO. 3-07-CV-00125-MHT-WC |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   There are no entities to be reported.

-or-

The following entities are hereby reported:

Charter Development Company, Inc., an Alabama corporation
Charter Design Group, LLC, an Alabama limited liability company
Charter Real Estate Services, LLC, an Alabama limited liability company

Dated: March 26, 2007
　　　　　　　　　　　　　　　　　　　　　　/s/ Russell C. Balch
　　　　　　　　　　　　　　　　　　　　　　Russell C. Balch (BAL025)
　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　730 N. Dean Road, Suite 300
　　　　　　　　　　　　　　　　　　　　　　Auburn, AL 36830
　　　　　　　　　　　　　　　　　　　　　　334-887-0884
　　　　　　　　　　　　　　　　　　　　　　rbalch@akridgebalch.com

cc:    As on Certificate of Service

**CERTIFICATE OF SERVICE**

The undersigned certifies that copies of the foregoing were served on the following on by the methods indicated on the date shown below:

__X__Deposit of same in the U.S. Mail in envelopes, with prepaid first class postage affixed thereto, directed to their addresses as set forth below.

_____Deposit of same in the mailbox(es) reserved for them in the office of the Circuit Clerk for Lee County, Alabama.

_____Fax of same to the fax number indicated below, being the fax number furnished by said person(s) or firm(s), or listed in the current issue of the Alabama State Bar Member Directory.

_____Electronic mail of same to the email address indicated below, being the email address furnished by said person(s) or firm(s), or listed in the current issue of the Alabama State Bar Member Directory; or via electronic delivery by the AlaFile or CM/ECF system.

_____Hand-delivery:  ☐ Open Court   ☐ Via Courier

Date of Service: March 26, 2007

Harry Keith Bennett III, Registered Agent
for Cannon Lighting, LLC
521 W. 11th St.
Alma, GA 31510

AKRIDGE & BALCH, P.C.

_____/s/ Russell C. Balch_____
Russell C. Balch
Attorney at Law