AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Charter Construction Management Company, Inc.

V.

Cannon Lighting, LLC
d/b/a Cannon Lighting, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  3:07cv125-MHT

TO: (Name and address of Defendant)

Cannon Lighting, LLC
c/o Harry Keith Bennett, III, Registered Agent
521 West 11th Street
Alma, GA  31510

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Russell C. Balch
John E. Searcy, Jr.
Akridge & Balch, PC
730 North Dean Road
Suite 300
Auburn, AL  36830

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*    3/20/07

CLERK    DATE

*William C. [signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/30/07 |
| NAME OF SERVER (PRINT) Chris Horlock | TITLE Registered Civil Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 116 Industrial Drive Alma, Ga 31510

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/30/07
Date        Signature of Server

1883 Mt. Pleasant Rd.
Address of Server
Waycross, Ga. 31503

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.