# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CHARTER CONSTRUCTION MANAGEMENT COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:07cv125-MHT |
| CANNON LIGHTING, LLC, doing business as Cannon Lighting, Inc., | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the motion to dismiss and alternative motion to transfer (Doc. No. 7) are set for submission, without oral argument, on May 14, 2007, with all briefs due by said date.

DONE, this the 23rd day of April, 2007.


　　　/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE