IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CHARTER CONSTRUCTION MANAGEMENT COMPANY, INC.,** ) ) ) | |
| **Plaintiff,** ) ) ) | **CASE NO. 3:07-CV-00125-MHT-WC** |
| v. ) ) | |
| **CANNON LIGHTING, LLC.** ) **d/b/a CANNON LIGHTING, INC.** ) ) | |
| **Defendant.** ) | |

## CORPORATE DISCLOSURE STATEMENT OF CANNON LIGHTING, LLC D/B/A CANNON LIGHTING, INC.

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] There are no entities to be reported.

- or-

The Following entities are hereby reported:

_____

_____

Respectfully submitted this the 30th day of April, 2007,

/s/ Larry S. Logsdon
LARRY S. LOGSDON
ASB-0832-G69L
MICHAEL L. JACKSON
ASB-1143-S75M
Attorneys for Defendant
Cannon Lighting, LLC

OF COUNSEL:

WALLACE, JORDAN, RATLIFF & BRANDT, LLC
Post Office Box 530910
Birmingham, Alabama 35253
Telephone:   205-870-0555
Facsimile:   205-871-7534

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **CHARTER CONSTRUCTION MANAGEMENT COMPANY, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | CASE NO. 3:07-CV-00125-MHT-WC |
| v. | ) ) | |
| **CANNON LIGHTING, LLC.** **d/b/a CANNON LIGHTING, INC.** | ) ) ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I certify that I have on this 19th day of April, 2007, served a copy of the foregoing on all counsel of record by electronically filing the same with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Russell C. Balch, Esq.
John E. Searcy, Jr.
Akridge & Balch, P.C.
730 N. Dean Road, Suite 300
P.O. Drawer 3738
Auburn, Alabama 36831-3738

/s/ Larry S. Logsdon
Of Counsel