IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARTER CONSTRUCTION MANAGEMENT COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.  3:07-CV-00125-MHT-WC ) ) |
| CANNON LIGHTING, LLC. d/b/a CANNON LIGHTING, INC. | ) ) ) |
| Defendant. | ) ) |

## Motion for Leave to Respond to Plaintiff's Reply When Filed

COMES NOW Defendant Cannon Lighting, LLC ("Cannon") and respectfully moves the Court for leave to respond to Plaintiff's reply to Defendant's Motion to Dismiss when such reply is filed.  As further grounds, Defendant states as follows:

1. Defendant filed its Motion to Dismiss on April 19, 2007, arguing that Plaintiff's Complaint should be dismissed for lack of personal jurisdiction, lack of proper venue, or, in the alternative, forum non conveniens.

2. On April 23, 2007, this Court ordered that all briefs be filed by May 14, 2007.

3. Defendant respectfully requests the opportunity to respond to Plaintiff's reply brief within seven (7) days of the date Plaintiff submits its reply, if said reply is filed less than seven (7) days prior to said date.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests this Court enter a briefing schedule giving Defendant seven (7) days to respond to Plaintiff's reply brief.

Respectfully submitted this <u>3rd</u> day of May, 2007,

<u>s/ *Larry S. Logsdon*</u>
Larry S. Logsdon
SJIS No. LOG009
E-mail: ll@wallacejordan.com

Michael L. Jackson
SJIS No. JAC026
E-mail: mlj@wallacejordan.com

Attorneys for Defendant
Cannon Lighting, LLC

Of Counsel:

Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Voice:  (205) 870-0555
Fax:    (205) 871-7534

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARTER CONSTRUCTION MANAGEMENT COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) ) Case No.  3:07-CV-00125-MHT-WC |
| v. | ) ) |
| CANNON LIGHTING, LLC. d/b/a CANNON LIGHTING, INC. | ) ) ) |
| Defendant. | ) |

## Certificate of Service

I certify that I have on this 3rd day of May, 2007, served a copy of the foregoing on all counsel of record by electronically filing the same with the Clerk of the Court using the CM/ECF system which will send notification to the following:

    Russell C. Balch, Esq.
    John E. Searcy, Jr.
    Akridge & Balch, P.C.
    730 N. Dean Road, Suite 300
    P.O. Drawer 3738
    Auburn, AL  36831-3738

                                                       s/ ***Larry S. Logsdon***
                                                       Larry S. Logsdon
                                                       Wallace, Jordan, Ratliff & Brandt, L.L.C.
                                                       Post Office Box 530910
                                                       Birmingham, Alabama 35253
                                                       Voice:  (205) 870-0555
                                                       Fax:     (205) 871-7534
                                                       E-mail: mlj@wallacejordan.com
                                                       SJIS Attorney No.  LOG009