IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CHARTER CONSTRUCTION        )
MANAGEMENT COMPANY, INC.,   )
                            )
    Plaintiff,              )
                            )   CIVIL ACTION NO.
    v.                      )    3:07cv125-MHT
                            )
CANNON LIGHTING, LLC,       )
doing business as Cannon    )
Lighting, Inc.,             )
                            )
    Defendant.              )
```

### ORDER

It is ORDERED that the motion to for leave to respond (Doc. No. 11) is granted.

DONE, this the 8th day of May, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE