IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARTER CONSTRUCTION MANAGEMENT COMPANY, INC. )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>CANNON LIGHTING, LLC )<br>d/b/a CANNON LIGHTING, INC., )<br>)<br>Defendant. ) | Case No. 3:07-CV-00125-MHT-WC |

## NOTICE OF STAY

COMES NOW, **CANNON LIGHTING, LLC,** and notifies this Court that on June 18, 2007, it filed a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Georgia, Waycross Division, bearing case number 07-50441.

Pursuant to the provisions of 11 U.S.C. §362 all claims asserted against Cannon Lighting, LLC in the above captioned case are automatically stayed.

Dated this 28th day of June, 2007.

_____
Larry S. Logsdon, Attorney for
Cannon Lighting, LLC

Larry S. Logsdon
Wallace, Jordan, Ratliff & Brandt, L.L.C.
P.O. Box 530910
Birmingham, AL 35253
(205) 870-0555

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing **NOTICE OF STAY** by placing a copy of same in a properly addressed envelope with sufficient postage thereon and depositing same in the United States Mail this 28th day of June, 2007, on the following:

Russell C. Balch, Esq.
John E. Searcy, Jr.
Akridge & Balch, P.C.
730 N. Dean Road, Suite 300
P.O. Drawer 3738
Auburn, AL 36831-3738

Cannon Lighting, LLC
118 Industrial Drive
Alma, GA 31510

_____
Larry S. Logsdon, Attorney for
Cannon Lighting, LLC

Larry S. Logsdon
Wallace, Jordan, Ratliff & Brandt, L.L.C.
P.O. Box 530910
Birmingham, AL 35253
(205) 870-0555